## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Edinboro University                            :
of Pennsylvania, State System                  :
of Higher Education,                            :
                            Petitioner          :
                                                :
            v.                                  :
                                                :
Association of Pennsylvania                     :
State College and University                    :
Faculties,                                      :
                            Respondent  :     No. 2133 C.D. 2014

# **O R D E R**

NOW, December 28, 2015, having considered respondent's application for reargument and petitioner's response thereto, the application is denied.

DAN PELLEGRINI,
President Judge